JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WALLER,<br><br>    Petitioner,<br><br>    vs.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | Case No. EDCV 13-0270-DDP (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: September 17, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE